**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Case No. 3:26-cr-00199** |
| **v.** | ) | **Magistrate Judge Evans** |
| | ) | ***Detention Hearing*** |
| **ALEXANDER L. STROHMEYER** | ) | |

**NOTICE OF DEFENDANT ALEXANDER L. STROHMEYER EXPRESSING NO OBJECTION TO PROCEEDING BEFORE MAGISTRATE JUDGE, MIDDLE DISTRICT OF TENNESSEE**

**COMES NOW** the Defendant, **Alexander L. Strohmeyer**, by and through his undersigned counsel, and hereby *NOTICES* the Court and counsel that he has no objection to proceeding with his Detention Hearing, currently scheduled for Friday, August 28, 2026 at 9:00 a.m., before United States Magistrate Judge Luke A. Evans.

Respectfully submitted,

TUNE, ENTREKIN & WHITE, P.C.
Capitol View, Suite 600
500 11th Avenue North
Nashville, TN 37203
(615) 244-2770
pstrianse@tewlawfirm.com

*/s/ Peter Strianse*
PETER J. STRIANSE
Attorney for Defendant Strohmeyer

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system, and sent via email to the following:

Carlin C. Hess
Assistant United States Attorney
Middle District of Tennessee
719 Church Street, Suite 3300
Nashville, TN 37203
Carlin.hess@usdoj.gov

**VIA EMAIL**
Gregory D. Allen
Lead HSTF Attorney
Deputy Criminal Chief
U.S. Department of Justice | Western District of Tennessee
167 N. Main Street, 8th Floor
Memphis, Tennessee 38103
Gregory.Allen@usdoj.gov

Lauren Delery
Assistant United States Attorney
Western District of Tennessee
Lauren.Delery@usdoj.gov

Sarah Dixon Russell
Courtroom Deputy
U.S. District Court
Middle District of Tennessee
Sarah_Dixon@tnmd.uscourts.gov

This 26th day of August, 2026

*/s/ Peter J. Strianse*
PETER J. STRIANSE