**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:26-cr-00199** |
| | ) | |
| **ALEXANDER STROHMEYER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# ORDER

For the reasons stated on the record on October 26, 2026, the Order setting trial (Doc. No. 23) is VACATED. A status conference is set for **January 7, 2027, at 2:30 p.m.** On or before **January 4, 2027,** the Government and Defendant shall file a status report, to include information on the following:

1. Additional discovery served on Defendant;
2. Additional discovery to be served on Defendant;
3. Update on superseding indictment, if any;
4. Whether each party is ready to set a trial date and, if so, proposed dates; and
5. Whether Defendant has any issues regarding the Court's knowledge of Former Officials #1, #2 or #2.

IT IS SO ORDERED.

Waverly D. Crenshaw, Jr.
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE